**United States District Court**
**Central District of California**

## **\*\*AMENDED\*\***

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA vs.** | Docket No. | CR 14-200-GW | JS-3 |
| **Defendant**  Herm. Dauelsberg GmbH & Co. KG | Social Security No. N O N E | | |
| akas: | (Last 4 digits) | | |

### JUDGMENT AND PROBATION/COMMITMENT ORDER

|  | MONTH | DAY | YEAR |
|---|---|---|---|
| In the presence of the attorney for the government, the defendant appeared in person on this date. | 04 | 24 | 2014 |

**COUNSEL**      John C. Cox; Glen H. Piper, Retained
                                            (Name of Counsel)

**PLEA**   ✔ **GUILTY,** and the court being satisfied that there is a factual basis for the plea.   ☐ **NOLO CONTENDERE**   ☐ **NOT GUILTY**

**FINDING**   There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense(s) of:
33 C.F.R. § 151.25(a),(d) and (h) FAILING TO MAINTAIN AN ACCURATE OIL RECORD BOOK; and
33 U.S.C. § 1232(b)(1); 33 C.F.R. § 160.215,160.204 FAILING TO REPORT A HAZARDOUS CONDITION ABOARD A VESSEL as charged in the Information.

**JUDGMENT AND PROB/ COMM ORDER**
The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby placed on probation for a term of: **Three (3) years.**

It is ordered that the defendant shall pay to the United States a special assessment of $800, which is due immediately.

It is ordered that the defendant shall pay $250,000 as a community service payment, which is due immediately.

It is ordered that the defendant shall pay to the United States a total fine of $1,000,000, which is due immediately. Half of the fine shall be paid to persons set forth in a separate list prepared by the Government which this Court adopts and which reflects the Court's determination of the amount due to each person. The list, which shall be forwarded to the fiscal section of the clerk's office, shall remain confidential to protect the privacy interests of each person.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Herm. Dauelsberg GmbH & Co. KG, is hereby placed on probation on Counts One and Two of the Information for a term of three (3) years to run concurrently, under the following terms and conditions:

   1.   The defendant shall not commit any violation of local, state or federal law or ordinance;

   2.   Within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

   3.   The Defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

   4.   The Defendant organization shall notify the probation officer at least ten days prior to any

Case 2:14-cr-00200-GW   Document 19   Filed 04/28/14   Page 2 of 5   Page ID #:60

USA vs.   **Herm. Dauelsberg GmbH & Co. KG**        Docket No.:   **CR 14-200-GW**

5. change in principal business or mailing address;

5. The Defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

6. The Defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

7. The Defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

8. <u>OWS Training Program</u>.  Defendant agrees to develop and implement a company-wide, comprehensive training program for using oil-water separator ("OWS") systems that applies to all employees, officers, and crew members who work in engine rooms aboard all oceangoing vessels that are owned, operated, chartered, managed, and/or manned by the defendant during the period of probation (hereinafter, the "subject vessels").  The training program must be implemented company-wide and must be given semi-annually to all those to whom this paragraph applies.  The program must include notifications to crew members that:

    a. Failure to properly use the IWS could result in a criminal prosecution of crew members and/or the Company by Port State authorities;

    b. Violations related to the OWS must be immediately reported to the closest Port State authorities; and

    c. Crew members who report OWS violations to Port State authorities may be entitled to a monetary reward.

    The master and chief engineer aboard each subject vessel shall be responsible for ensuring compliance with this program.  This program is subject to approval by the United States Probation Office and the USAO

9. <u>Hulls Fracture Inspection and Reporting Policy</u>.  Defendant agrees to develop and implement a company-wide policy requiring crew members working aboard subject vessels to conduct inspections for, and immediately report, any cracks or fractures to the subject vessels that occur while transiting the Panama Canal.  This policy must be implemented aboard all subject vessels and must require the crew to immediately report any such fractllres or cracks to defendant's corporate headquarters and to the applicable classification society for the vessel.  The master and chief engineer aboard each subject vessel shall be responsible for ensuring compliance with this policy.  This policy is subject approval by the United States Probation Office and the USAO.

10. Defendant agrees to strictly adhere to its Hot Work and Confined Space Entry policies and procedures for the subject vessels as required by the International Safety Management ("ISM") code.  The master and chief engineer aboard each subject vessel shall be responsible for ensuring compliance with this policy.  This policy is subject to approval by the United States Probation Office and the USAO.

| | | | |
|---|---|---|---|
| USA vs. | **Herm. Dauelsberg GmbH & Co. KG** | Docket No.: | **CR 14-200-GW** |

11. Defendant agrees to cooperate in the government's ongoing investigation concerning the allegations in the Plea Agreement, and to promptly comply with any grand jury subpoena(s) issued in connection with the investigation.

12. Defendant agrees to make final repairs to any and all cracks or fractures in the hull of the H/V Bellavia, including but not limited to the cracks in or near the Number 4 Starboard Fuel Oil Tank and the Number 5 Port Fuel Oil Tank. Defendant also agrees to provide proof of those final repairs, along with proof that the applicable classification society has approved the repairs, to the United States Probation Office and the USAO.

The Court advises defendant of his rights to an appeal.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

| | |
|---|---|
| April 28, 2014 | _/s/ George H. Wu_ |
| Date | GEORGE H. WU, U. S. District Judge |

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

| | | |
|---|---|---|
| April 28, 2014 | By | /S/ Javier Gonzalez |
| Filed Date | | Deputy Clerk |

USA vs. **Herm. Dauelsberg GmbH & Co. KG**     Docket No.: **CR 14-200-GW**

☐ The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

**STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS**

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

**SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE**

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure; and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

**RETURN**

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____

| USA vs. | **Herm. Dauelsberg GmbH & Co. KG** | Docket No.: | **CR 14-200-GW** |

at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____    By _____
Date                                              Deputy Marshal

### CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

_____    By _____
Filed Date                                        Deputy Clerk

---

### FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____                 _____
             Defendant                                                    Date

_____                                 _____
U. S. Probation Officer/Designated Witness        Date